■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY GALBERTH, Appellant. [956 NYS2d 890]—Judgment of resentence, Supreme Court, New York County (Lewis Bart Stone, J.), rendered April 6, 2011, resentencing defendant, as a second violent felony offender, to a term of 12 years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Velez*, 19 NY3d 642, 647-649 [2012]; *People v Lingle*, 16 NY3d 621 [2011]). Concur—Saxe, J.P., Renwick, Freedman, Román and Gische, JJ.